IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02404-BNB

ALTON LAYCE SMITH, and
DAVIS LOMAX-SMITH,

    Plaintiffs,

v.

BANK OF NEW YORK, and
MARY WENKE, in her personal and official capacity,

    Defendants.

---

AMENDED ORDER GRANTING PLAINTIFFS
LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiffs have filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The Motion and Affidavit indicate that Plaintiffs should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED January 16, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02404-BNB

Alton Layce Smith
4168 S. Liverpool
Aurora, CO 80013

Davia Lomax-Smith
4168 S. Liverpool
Aurora, CO 80013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  1-16-07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk